WC:SD
F.#2009R02121

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 0 4 2009 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SARVJIT SINGH,

          Defendant.

- - - - - - - - - - - - - - - - X

I N D I C T M E N T

CR 09 - 0824

(T. 18, U.S.C., §§ 371, 1546(a), 2 and 3551 et seq.)

DEARIE, CH. J.

CARTER, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Visa Fraud Conspiracy)

1. In or about and between July 2004 and July 2005, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant SARVJIT SINGH, together with others, did knowingly and willfully conspire to subscribe as true, under penalty of perjury under Title 28, United States Code, Section 1746, one or more false statements with respect to material facts in applications and other documents required by the immigration laws and regulations prescribed thereunder, and present one or more applications and other documents which contained false statements with respect to a material fact and which failed to contain a reasonable basis in law and fact, all in violation of Title 18, United States Code, Section 1546(a).

2. It was part of the conspiracy that the defendant, together with others, was employed by a law office, located at 74-09 37th Avenue, Suite 405, Jackson Heights, New York, (the "Law Office") from approximately July 2004 to July 2005.

3. It was further part of the conspiracy that the defendant, together with others, engaged in the business of obtaining immigration benefits for citizens of countries other than the United States through the preparation and submission of Forms I-687 to the Department of Homeland Security ("DHS").

4. It was further part of the conspiracy that, in exchange for fees, the defendant, together with others, in order to obtain Temporary Resident Status for clients, falsely represented in the Forms I-687 that their clients entered the United States prior to January 1, 1982, and that, except for brief absences, they had remained continuously in the United States since their date of arrival.

5. In furtherance of the conspiracy and to effect its objectives, within the Eastern District of New York and elsewhere, the defendant, together with others, committed and caused to be committed, among others, the following:

OVERT ACTS

a. In or about April 2005, at the Law Office, the defendant met with an immigration client (the "Client), whose identity is known to the Grand Jury, concerning the Client's immigration status.

b. In or about April 2005, at the Law Office, the defendant referred the Client to another employee of the Law Office, who assisted the Client in filing out a Form I-687.

c. On or about May 9, 2005, the Law Office submitted a Form I-687 on behalf of the Client, which falsely represented that the Client had resided continuously in the United States since prior to January 1, 1982.

(Title 18, United States Code, Sections 371 and 3551 et seq.)

COUNT TWO
(Visa Fraud)

6. On or about May 9, 2005, within the Eastern District of New York and elsewhere, the defendant, together with others, did knowingly present an application and other documents required by the immigration laws and regulations prescribed thereunder, which contained false statements with respect to

material facts and which failed to contain any reasonable basis in law and fact, to wit, a Form I-687 on behalf of the Client.

(Title 18, United States Code, Sections 1546(a), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY:_____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F# 2009R02121

No. 

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*Sarvjit Singh*

Defendants.

## INDICTMENT

(T. 18, U.S.C., §§ 371, 1546(a), 2 and 3551 et seq.)

*A true bill.*

_____
Foreman

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

*Soumya Dayananda, Assistant U.S. Attorney (718-254-7996)*

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ DEC 0 4 2009 ★

BROOKLYN OFFICE

1. Title of Case: **United States v. Sarvjit Singh**

2. Related Magistrate Docket Number(s): M 09-1
    None ( )

   **CR 09 - 0824**
   **DEARIE, CH.J**
   **CARTER, M.J.**

3. Arrest Date: **November 6, 2009**

4. Nature of offense(s):   ☒   Felony
                           ☐   Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules)

6. Projected Length of Trial:   Less than 6 weeks   (X)
                                More than 6 weeks   ( )

7. County in which crime was allegedly committed: <u>Queens</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes   (X) No

9. Have arrest warrants been ordered?   ( ) Yes   (X) No

10. Is there a capital count included in the indictment?   ( ) Yes   (X) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Soumya Dayananda
Assistant United States Attorney
(718) 254-7996