**FROM:**     CHIEF JUDGE RAYMOND J. DEARIE

**DATE:**     DECEMBER 16, 2009

**SUBJECT:**   REASSIGNMENT OF:

CASE NO:   CR 09-824

CASE NAME:   U.S.A. -v- SARVJIT SINGH

___   **REASSIGN BY RANDOM SELECTION**

X   **REASSIGN TO  JUDGE JOHNSON & M. J. MANN  as related to**

X   **CR 08-288 USA -v- ARCHER**

____ REASSIGN TO MAGISTRATE JUDGE____

TO:   ROBERT C. HEINEMANN, CLERK OF THE COURT

DATE:  DECEMBER 16, 2009

PLEASE REASSIGN ABOVE CAPTIONED CASE AS DIRECTED.

RAYMOND J DEARIE
CHIEF UNITED STATES DISTRICT JUDGE