

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*



DEC 18, 2009

WC:SD
F. #2009R02121

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 14, 2009

**By Hand Delivery**

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Sarvjit Singh.
           Criminal No. 09-824 (RJD)

Dear Chief Judge Dearie:

     Pursuant to your Administrative Order dated February 27, 2008 ("Administrative Order"), the government hereby certifies to the Court that the above-captioned case is properly related to United States v. Thomas Archer, 08-CR-288 (SJ).

     The Administrative Order provides in relevant part:

> [N]otwithstanding any provision of Rule 50.3 of the Rules for the Division of Business Among District Judges, the Clerk of the Court is directed to assign all criminal cases randomly, unless the United States Attorney certifies in writing at the time of filing that a case to be assigned satisfies one of the three conditions in Rule 50.3(c), <u>or involves the same specific conduct that is a subject of a pending case</u>. (Emphasis added)

     This letter constitutes the certification contemplated by the Administrative Order. As set forth below, relation is appropriate in this case pursuant to the Administrative Order because the subject matter of <u>Archer</u> "involves the same specific conduct that is [the] subject" of the above-captioned criminal case. Specifically, the defendants in <u>Archer</u> are charged with

*Handwritten annotation:* 12/16/09 Clerk to reassign to Judge Johnson. So ordered. s/Raymond J. Dearie

2

participating in the same conspiracy that the defendant in <u>Singh</u> is charged with. Relation is therefore appropriate.

                                    Respectfully submitted,

                                    BENTON J. CAMPBELL
                                    United States Attorney

By:          /s/ Kelly T. Currie
              Kelly T. Currie
              Assistant U.S. Attorney
              Deputy Chief
              Criminal Division
              (718) 254-6205

              /s/ Soumya Dayananda
              Soumya Dayananda
              Assistant U.S. Attorney
              (718) 254-7996

cc: Honorable Sterling Johnson, Jr.
    Bruno Bier, Esq.