

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LJF:SD/AEG                          *271 Cadman Plaza East*
F.#2009R01519                       *Brooklyn, New York 11201*


October 22, 2010


BY ECF and Hand Delivery

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:  United States v. Sarvjit Singh
               Criminal Docket No. 09-824 (SJ)

Dear Judge Johnson:

          On October 21, 2010, the government filed a sentencing
letter in the above-referenced matter.  The last sentence of the
letter stated that the "...Court should impose a sentence within
the applicable Guidelines range of 6 to 12 months." (Sentencing
letter, p. 6, October 21, 2010).  To clarify, as noted on page
one of the government's letter, the government takes no position
with respect to where within the Guidelines range the defendant's
sentence should fall, pursuant to paragraph 5(b) of the plea
agreement.


                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                    By:   /s/
                          Soumya Dayananda
                          Andrew E. Goldsmith
                          Assistant U.S. Attorneys
                          (718) 254-7996/6498

cc:  Clerk of the Court, (SJ)
     Bruno C. Bier, Esq. (By ECF)