**DOCKET NUMBER:**   09 CR 0824(SJ)

**Date Received By Docket Clerk:**_____   **Docket Clerk Initials:**_____

**BEFORE JUDGE:** JOHNSON   **DATE:** 10/26/10   **TIME:** 9:30 A.M.

**CRIMINAL CAUSE FOR** SENTENCING   **TIME IN COURT**____**HRS** 40 ___**MINS**

**DEFENDANT'S NAME:** SARVJIT SINGH   **DEFENDANTS #**_____

[✔] Present   [ ] Not Present   [✔] Custody   [ ] Not Custody

**DEFENSE COUNSEL:** BRUNO CHARLES BIER

[✔] Present   [ ] Not Present   [ ] Federal Defender   [ ] CJA   [ ] Retained

**A.U.S.A.:** SOUMYA DAYANANDA, ANDREW GOLDSMITH [✔] **PROBATION OFFICER**   CHERYL FIORILLO

**CASE MANAGER OR MAGISTRATE CLERICAL**   ANA RODRIGUEZ

**COURT REPORTER: OR ESR OPERATOR**   SHELLY SILVERMAN   **TAPE LOG**_____

**INTERPRETER:**   **LANGUAGE:** SPANISH

**Select the Type of Hearing or Trial**   **CONTESTED** [ ] YES   [✔] NO

[✔] SENTENCE

**Select the action.**

[ ] Began   [✔] Held   [ ] Continued   [✔] Completed   [ ] Scheduled for

**UTILITIES**   [ ] ~Util-Set/Reset Hearings

**Date:**   **Time**   **FOR**
                      **Type of Hearing**

**SHOULD THIS CALENDAR BE SEALED**   [ ] YES   [✔] NO

**Period of Excludable Delay/ Speedy Trial Start:**
**Period of Excludable Delay/ Speedy Trial Stop:**
**CODE TYPE:** Please Circle   XT- Interest of Justice

**Do these minutes contain ruling(s) on motion(s)?**   YES   NO

- Case called. After careful consideration of submissions and arguments by counsel and the factors under 3553(a), the Court sentences defendant to:
    - Probation; Five (5) years,
    - Special Assessment; $100.00.
    - Restitution; $1500.00
    - All open counts dismissed upon motion by the government.
- The Court accepts the plea taken before Magistrate Judge Mann on 5/19/2010.