IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------x

UNITED STATES OF AMERICA,

09 – cr – 824 (SJ) (RLM)

v.

SARVJIT SINGH,

*Filed by ECF*

Defendant.

-----------------------------------------------------x

## [PROPOSED] ORDER TERMINATING PROBATION

Upon the motion of the Defendant, dated June 23, 2015, pursuant to 18 U.S.C. §3564 (c) to terminate the term of probation imposed on the Defendant, Sarvjit Singh, and the Court having fully considered the motion and the applicable factors set forth in 18 U.S.C. §§ 3564(c) and 3553(a), it is hereby ORDERED that the Defendant's motion is granted in the interest of justice and that Sarvjit Singh's term of probation is terminated as of the date of this Order.

Dated: _____, 2015

_____
HON. STERLING JOHNSON, JR.
UNITED STATES DISTRICT JUDGE

SO ORDERED
on this __14th__ day of __August__ 20 _15_
s/Sterling Johnson, Jr.
_____
STERLING JOHNSON, JR., SENIOR U.S.D.J.